Blake R. Jones (SBN 211221)
blake@blakejones.law
BLAKE JONES LAW, PC
355 South Grand Avenue
Suite 2450 - #2052
Los Angeles, CA 90071
Tel: (323) 576-3221
Attorneys for Plaintiff

Kasey L. Bond (SBN 336877)
KEATING MUETHING & KLEKAMP
One East Fourth St., Suite 1400
Tel: 513-579-6400
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREJO, JESUS, an individual, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>F & E AIRCRAFT MAINTENANCE (MIAMI), LLC, a Delaware corporation; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.: 2:24-CV-00931-MRA (ASx)<br><br>**SECOND JOINT RULE 26(f) REPORT**<br><br>Hon. Monica Ramirez Almandi<br>Dept: 14<br><br>Date: 03/25/24<br>Time: 9:00 A.M. |

**JOINT RULE 26(f) REPORT**

Plaintiff JESUS TREJO and Defendant F & E AIRCRAFT MAINTENANCE (MIAMI), LLC, met and conferred on February 29, 2024, as required by Federal Rules of Court, Rule 26(f) and Local Rule 26-1, and hereby submit the following Second Joint Rule 26(f) Report:

## JOINT RULE 26(f) REPORT

**a.   COMPLEXITY OF CASE**

This is a fairly straightforward wage and hour Class/PAGA action involving approximately 285 putative Class Members. Plaintiff and Defendant have no objection to the use of the procedures set forth in Chapter, 21, Class Actions, Manual for Complex Litigation.

**b.   MOTION SCHEDULE**

Plaintiff requests a deadline to move for class certification approximately 8 -12 months from the Case Management Conference.

Defendant shall file any motion for summary judgment within the time set forth by the Federal Rules of Civil Procedure following a ruling on Plaintiff's motion for class certification.

**c.   ADR**

Plaintiff and Defendant are willing to attempt private mediation and to pay 50 % of the costs thereof. Plaintiff and Defendant have scheduled a mediation to occur on June 24, 2024.

**d.   TRIAL ESTIMATE**

5-7 days

**e.   ADDITIONAL PARTIES**

Plaintiff does not anticipate adding additional parties at this time.

**f.   EXPERT WITNESSES**

The parties agree to the timing for expert disclosures as set forth in Federal Rules of Civil Procedure, Rule 26(a)(2).

g. **DISCOVERY PLAN**

(A)   The parties have agreed to 04/15/24 for deadline for initial disclosures under Rule 26(a);

(B)   Plaintiff shall require contact information and the time and payroll records for the putative Class Members. Plaintiff shall also require Defendant's Employee Handbook(s), and the relevant wage and hour related policies, utilized during the Class Period. Plaintiff and Defendant propose that discovery be conducted in phases, with a first phase of approximately 8-12 months limited to issues related to Class certification followed by a second phase of approximately 6-8 months limited to merits based discovery.

(C)   Plaintiff is unaware of any issues about disclosure, discovery, or preservation of electronically stored information.

(D)   Plaintiff is unaware of any issues about claims of privilege or of protection as trial-preparation materials. Plaintiff and Defendant agree to utilize Federal Rule of Evidence 502 in connection with any inadvertent disclosure of privileged materials.

(E)   Neither Plaintiff nor Defendant believe that any changes should be made in the limitations on discovery.

(F)   At this time, Plaintiff and Defendant are unaware of any need for additional order under Rule 26(c) or 16(b) and(c).

e. **Schedule of Pretrial Dates Worksheet**

Attached as Appendix A is a completed schedule of proposed pretrial dates.

Dated: March 29, 2024                     **BLAKE JONES LAW, PC.**

By: _____
Blake R. Jones
Attorneys for Plaintiff

3
**JOINT RULE 26(f) REPORT**

Dated: March 29, 2024

**KEATING MUETHING & KLEKAMP**

By: /S/ _____
    Kasey L. Bond
    Attorneys for Defendant

**APPENDIX A**
**JUDGE MÓNICA RAMÍREZ ALMADANI**
<u>SCHEDULE OF PRETRIAL DATES WORKSHEET</u>

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The Court <u>**ORDERS**</u> the parties to make every effort to agree on dates.

| Case No. | Case Name: | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date** mm/dd/yyyy | **Court Order** |
| Check one: ■ Jury Trial  or  ☐ Court Trial *[The Court sets the trial date at the Final Pretrial Conference]* Estimated Duration, in days: 5-7 | | NA | NA |
| Final Pretrial Conference ("FPTC") [L.R. 16] *[Thursday at 3:00 p.m., within 12 months of Scheduling Conference]* | | 03/19/26 | |
| **Event[1]** *Note: Hearings must be on Thursdays at 1:30 p.m. Other dates can be any day of the week.* | **Weeks Before FPTC[2]** | **Parties' Joint Date** mm/dd/yyyy | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 02/26/26 | |
| Motions in Limine Filing Deadline | 4 | 02/12/26 | |
| Settlement Conference Completion Date [L.R. 16-15] **Select one:** ☐ Mag. Judge ☐ Panel ■ Private | 5 | 03/19/25 | |
| Last Date to **HEAR** <u>Daubert</u> Motions | 8 | 01/22/26 | |
| Last Date to **HEAR** Non-Discovery Motions (*see* Procedures page for Rule 56 Motion deadlines) | 12 | 12/26/25 | |
| Expert Discovery Cut-Off | 14 | 12/11/25 | |
| Expert Disclosure (Rebuttal) | 17 | 11/20/25 | |
| Expert Disclosure (Initial) | 21 | 10/23/25 | |
| Non-Expert Discovery Cut-Off (no later than deadline for *filing* dispositive motions) | 24 | 10/02/25 | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Thursday]* | | 08/01/25 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events. The parties may propose alternate dates based on the needs of each individual case.

10.